UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Whitby, David, | : |
| | : |
| | : Civil Action No.: 7:10-cv-00158-CS |
| Plaintiff, | : |
| v. | : |
| | : |
| Advanced Credit Recovery; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITHOUT PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

    Whitby, David ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: September 2, 2010

    Respectfully submitted,

    By: /s/ Sergei Lemberg

    Sergei Lemberg (SL 6331)
    Lemberg & Associates L.L.C.
    1100 Summer Street, 3rd Floor
    Stamford, CT 06905
    Telephone: (203) 653-2250
    Facsimile: (877) 795-3666
    Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 2, 2010, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Southern District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                By  /s/ Sergei Lemberg

                                    Sergei Lemberg